**94–1622.** State ex rel. Fears v. Wise. In Mandamus. On answer of respondent and on motion to strike. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

**94–1644.** State ex rel. Ryhal v. Seventh Judicial Dist. Court of Appeals. In Mandamus. On complaint in mandamus by Eric Scott Ryhal. *Sua sponte,* cause dismissed.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.

# MOTION DOCKET

**90–1914.** State v. Franklin. *Hamilton County,* No. C–890028. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B). Motion denied.

**93–1579.** Cuyahoga Falls Edn. Assn. v. Cuyahoga Falls City School Dist. Bd. of Edn. *Summit County,* No. 15833. On request for oral argument. Request denied.

F.E. SWEENEY, J., dissents.

**94–27.** State v. Seymour. *Pickaway County,* No. 90–CA–38. On motion for reconsideration under S.Ct.Prac.R. XI(1)(B), motion to dismiss appellant's motion for reconsideration, and motion to strike. Motions denied.

**94–103.** State v. D'Ambrosio. *Cuyahoga County,* No. 57448. By entry of June 20, 1994, this court remanded this cause to the court of appeals for appointment of counsel. It now appearing to the court that counsel has been appointed, has filed a notice of appearance in the case, but has not filed a merit brief pursuant to S.Ct.Prac.R. VI,

IT IS ORDERED by the court, *sua sponte,* effective September 1, 1994, that counsel for appellant file a merit brief no later than September 19, 1994.

**94–136.** Collins v. Rizkana. *Stark County,* No. CA–9310. On motion to dismiss case as having been improvidently allowed. Motion denied.

**94–175.** Vought Industries, Inc. v. Tracy. Board of Tax Appeals, Nos. 91–H–119, 91–H–120, 91–H–121 and 91–H–122. On request for argument before full court. Request granted.

A.W. SWEENEY and RESNICK, JJ., dissent.

**94–234.** Westlake Village, Inc. v. Cuyahoga Cty. Bd. of Revision. Board of Tax Appeals, No. 92–A–165. On request for argument before full court. Request denied.

**94–372.** State v. Joseph. *Allen County,* No. 1–91–11. On motion for an order prohibiting appellant from access to restricted documents. Motion denied.

RESNICK, J., dissents.

On motion to unseal grand jury transcripts and witness statements. Motion denied. On motion requesting order rescinding court's order of August 3, 1994. Motion denied. *Sua sponte,* the court reporter is ordered to transmit the record.

**94–565.** Niece v. Natl. Ins. Assn. *Franklin County,* No. 93APE08–1122. On request for oral argument. Request denied as moot.

**94–595.** Am. Natl. Can Co. v. Tracy. Board of Tax Appeals, No. 91–Z–718. On request for argument before full court. Request denied.